LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada  89144
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:     *lfink@springelfink.com*

*Attorneys for Defendants*
*ATLAS TOWING, INC. and NICKY Q. AYERS*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
***

| | |
|---|---|
| DALTON WILSON,<br><br>         Plaintiffs,<br><br>    vs.<br><br>ATLAS TOWING, INC., NICKY Q. AYERS, LLOYD W. AYERS, and DOES 1-20,<br><br>         Defendants and Cross-claimants,<br><br>         and<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>         Cross-Defendant. | Case No.: 3:15-cv-00561-RCJ-WGC<br><br>**STIPULATION TO AMEND GOVERNMENT'S MOTION TO DISMISS TO INCLUDE NICKY Q. AYERS AS NAMED DEFENDANT AND TO EXTEND TIME FOR DEFENDANTS ATLAS TOWING, INC. AND NICKY Q. AYERS TO RESPOND TO GOVERNMENT'S MOTION TO DISMISS [DKT. 11]**<br><br>**(First Request)** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

{N0186563;1}                                              -1-

Defendants ATLAS TOWING, INC. and NICKY Q. AYERS (collectively, "Defendants") and "Cross Defendant" UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT ("Government"), by and through their counsel of records, hereby stipulate to amend the Government's Motion to Dismiss [Doc. 11] ("Motion to Dismiss") to include Nicky Q. Ayers as a named Defendant and to allow Defendants an extension of time to file their response to the Motion to Dismiss. In furtherance of the Stipulation, the parties hereby agree as follows:

1. On January 19, 2016, the Government moved to dismiss the "cross claim" filed by Defendant Atlas Towing, Inc. [Doc. 11]. The Government inadvertently neglected to include Nicky Q. Ayers as a named Defendant in its Motion to Dismiss. Accordingly, the Motion to Dismiss is hereby amended to name both Atlas Towing, Inc. and Nicky Q. Ayers as Defendants.

2. Defendants' response to the Motion to Dismiss is due on Friday, February 5, 2016.

3. On January 26, 2016, this Court stated in its minutes that a Substitution of Attorney bearing the signatures of Defendants, their former counsel, and present counsel would need to be filed prior to present counsel representing Defendants.

4. On February 3, 2016, present counsel filed a Substitution of Attorney in compliance with the Court's orders.

5. Present counsel received Defendants' case file on or about January 22, 2016, and has diligently reviewed the documents therein. Due to the delay in substitution and the short period in which present counsel possessed the case file, Defendants require an additional 14 days, up to and including February 19, 2016 in which to file their Opposition to the Government's Motion to Dismiss.

6. Additionally, because Defendants believe threshold subject matter jurisdictional questions exist, counsel for the parties are discussing ways to resolve jurisdictional concerns and avoid burdening the Court will unnecessary motions. However, the parties agree that additional time is needed to work through these discussions.

7. This is the first extension of time sought by Defendants.

8. The requested extension will not prejudice the parties, especially since the Government's present Motion to Dismiss is its only responsive pleading in this matter, nor will the requested extension prejudice the Court.

WHEREFORE, for the foregoing reasons, Defendants and the Government respectfully request that the Court accept this Stipulation, allow the Government to amend its Motion to Dismiss to include Nicky Q. Ayers as a named Defendant and extend the time for Defendants to respond to the Motion to Dismiss to February 19, 2016.

DATED this 4th day of February, 2016.

| | |
|---|---|
| **UNITED STATES ATTORNEYS OFFICE**<br>*Attorneys for United State Department of the Interior, Bureau of Land Management* | **SPRINGEL & FINK LLP**<br>*Attorneys for Atlas Towing, Inc. and Nicky Q. Ayers* |
| By: /s/ Holly A. Vance<br>DANIEL G. BOGDEN, ESQ.<br>HOLLY A. VANCE, ESQ.<br>Assistant United States Attorney<br>100 West Liberty Street, Suite 600<br>Reno, Nevada 89501<br>Telephone: (775) 784-5438<br>E-Mail: holly.a.vance@usdoj.gov | By: /s/ Leonard T. Fink<br>LEONARD T. FINK, ESQ.<br>Nevada Bar No. 6296<br>10655 Park Run Drive, Suite 6275<br>Las Vegas, Nevada 89144<br>Telephone: (702) 804-0706<br>E-Mail: lfink@springelfink.com |

IT IS SO ORDERED.

Dated: February 12, 2016

_____
UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE