LEONARD T. FINK, ESQ.
Nevada Bar No. 6296
**SPRINGEL & FINK LLP**
10655 Park Run Drive, Suite 275
Las Vegas, Nevada  89144
Telephone:  (702) 804-0706
Facsimile:   (702) 804-0798
E-Mail:      *lfink@springelfink.com*

*Attorneys for Defendants*
*ATLAS TOWING, INC. and NICKY Q. AYERS*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

DALTON WILSON,

    Plaintiffs,

vs.

ATLAS TOWING, INC., NICKY Q. AYERS, LLOYD W. AYERS, and DOES 1-20,

    Defendants and Cross-claimants,

    and

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,

    Cross-Defendant.

Case No.: 3:15-cv-00561-RCJ-WGC

**JOINT STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is hereby stipulated and agreed by Defendants ATLAS TOWING, INC. and NICKY Q. AYERS (collectively, "Defendants") and Cross-Defendant UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT ("Government"), that Defendants' claims against the Government will be dismissed without prejudice, each party to bear its own fees and costs.

The Government removed this matter to the Court's jurisdiction pursuant to 28 U.S.C., section 1446(d).  As the Government has now been dismissed and the Court lacks subject-matter

jurisdiction, Defendants request that the Court remand the matter back to the Sixth Judicial District Court in Lander County, Nevada.

Respectfully submitted this ___ day of April, 2016.

| | |
|---|---|
| **UNITED STATES ATTORNEYS OFFICE** <br> *Attorneys for United State Department of the Interior, Bureau of Land Management* | **SPRINGEL & FINK LLP** <br> *Attorneys for Atlas Towing, Inc. and Nicky Q. Ayers* |
| By: /s/ Holly A. Vance <br> DANIEL G. BOGDEN, ESQ. <br> HOLLY A. VANCE, ESQ. <br> Assistant United States Attorney <br> 100 West Liberty Street, Suite 600 <br> Reno, Nevada 89501 <br> Telephone: (775) 784-5438 <br> E-Mail: *holly.a.vance@usdoj.gov* | By: /s/ Leonard T. Fink <br> LEONARD T. FINK, ESQ. <br> Nevada Bar No. 6296 <br> 10655 Park Run Drive, Suite 6275 <br> Las Vegas, Nevada 89144 <br> Telephone: (702) 804-0706 <br> E-Mail: *lfink@springelfink.com* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\*\*\*

DALTON WILSON,

    Plaintiffs,

vs.

ATLAS TOWING, INC., NICKY Q. AYERS, LLOYD W. AYERS, and DOES 1-20,

    Defendants and Cross-claimants,

and

UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,

    Cross-Defendant.

Case No.: 3:15-cv-00561-RCJ-WGC

**ORDER**

Upon stipulation of the parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendants' claims against the Government shall be dismissed without prejudice, each party to bear its own fees and costs.

IT IS HEREBY ORDERED that this matter shall be remanded back to the Sixth Judicial District Court in Lander County, Nevada.

Dated this April 1, 2016.

                                          DISTRICT COURT JUDGE

Respectfully Submitted By:

SPRINGEL & FINK LLP
By:   */s/ Leonard T. Fink*
      Leonard T. Fink, Esq.
      Nevada Bar No. 6296
      10655 Park Run Drive, STE 275
      Las Vegas, Nevada 89144